PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Mark Terrell Garland                                  Cr.: 91-00266-001
                                                                        PACTS #: 56841

Name of Sentencing Judicial Officer:    THE HONORABLE H. LEE SAROKIN

Reassigned to Judicial Officer:         THE HONORABLE STANLEY R. CHESLER

Date of Original Sentence: 03/16/1992

Original Offense:   Bank Robbery; Use of a Firearm in the Commission of a Violent Crime

Original Sentence: 220 months custody, 5 years supervised release, $100 total special assessment

Special Conditions: Drug testing and/or treatment

Type of Supervision: Supervised Release                   Date Supervision Commenced: 03/10/16

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 10, 2018, Garland was arrested by the Baltimore City Police Department and charged with assault following an alleged domestic violence incident with his girlfriend. On August 16, 2018, the charge was dismissed at the Baltimore City District Court. |

U.S. Probation Officer Action:

The Probation Office in the District of Maryland admonished Garland for the new arrest and counseled him about the importance of making better decisions. To date, Garland has tested negative for drug use and remains compliant with his conditions of supervision.

Respectfully submitted,

By: Anthony J. Nisi
    U.S. Probation Officer
Date: 11/09/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
11/3/18
Date